HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN MYHRVOLD,<br><br>    Movant,<br><br>    v.<br><br>LODSYS GROUP, LLC, et al.,<br><br>    Respondents. | CASE NO. C13-1173RAJ<br><br>ORDER |

Having received no objection from either party to closing this case (see Oct. 16, 2013 min. ord., Dkt. # 22), the court directs the clerk to TERMINATE this civil action.

DATED this 28th day of October, 2013.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1